UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States Of America,**<br><br>Plaintiff,<br><br>v.<br><br>**Joel Avila Garcia,**<br><br>Defendant. | CASE NO.: 21-CR-0314-JLS<br><br>Hon. Janis L. Sammartino<br><br>**ORDER** |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting currently set for July 9, 2021 at 1:30 p.m. be continued to August 20, 2021 at 1:30 pm. Time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: July 7, 2021

Hon. Janis L. Sammartino
United States District Judge